IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER J. FUCHS, Jr., <br>     Plaintiff, <br><br> vs. <br><br> CITY OF FARRELL, et al., <br>     Defendants. | ) <br> ) <br> ) <br> )     Civil Action No. 10-998 <br> ) <br> ) <br> ) |

O R D E R

AND NOW, this 27th day of June, 2012, after the plaintiff Peter J. Fuchs, Jr. ("plaintiff"), filed an action in the above-captioned case, and after a motion for sanctions was submitted by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the affidavit filed by the plaintiff in response to the Report and Recommendation, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 65), which is adopted as the opinion of this Court,

    IT IS ORDERED that defendants' motion for sanctions (ECF No. 62) is granted and this case is dismissed for plaintiff's failure to comply with the defendants' discovery requests and this Court's order with respect thereto.

    IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Federal Rule of Appellate Procedure 3.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: Peter J. Fuchs, Jr.
8 Chestnut Street
West Middlesex, PA 16159